# Exhibit 1

# Curriculum Vitae of Hon. Jay Young (Ret.)
# From www.armadr.com

# Exhibit 1



# ADVANCED
## RESOLUTION MANAGEMENT

## HON. JAY YOUNG (RET.)

Hon. Jay Young (ret.) is an experienced mediator, arbitrator and litigator with a focus on complex cases. He brings more than 25 years of expertise in the areas of business/commercial, personal injury and real estate law. From 2014 to 2021, he was a business litigation member at Howard & Howard, PLLC, an internationally recognized law firm. Prior to that he was the Litigation Department Chair, Shareholder and Associate at Marquis Aurbach Coffing for almost 20 years. As a result, Jay fully appreciates and understands the costs, risks, and potential rewards of trying high stakes cases. He has also participated in hundreds of mediations and arbitrations as an advocate. Jay has always been a proponent of alternative dispute resolution. Jay's commitment to the efficient out-of-court resolution of business, consumer, personal injury and complex cases prompted him to incorporate ADR into his practice. As such, Jay has been appointed an arbitrator in well over 300 matters and has held an ADR certification since 1994.

Throughout the years he has served as a Mediator, Judge, Special Master, Nevada Supreme Court Settlement Judge (appellate mediator), Hearing Master for the 8th Judicial District Court, and as an Arbitrator in thousands of matters. He has been a Judge Pro Tem with the City of Henderson, Nevada Municipal Court and was appointed as a Special Master to the Business Court Division of the Eighth Judicial District Court, Clark County, Nevada.

As an arbitrator, Jay believes in a streamlined, economical process but will always defer to the contract, the law, and the needs of the parties. He knows that preparation is key and will work tirelessly to familiarize himself with as much history, facts and law as parties have provided in order to render a fair and reasoned decision. As a mediator, Jay looks for business solutions just as much as monetary ones. He relies heavily on his business and legal acumen to facilitate creative and equitable resolutions, often restoring the parties' confidence and saving future business relationships.



# JUDGE JAY YOUNG (RET.)



Jay's reputation precedes him; he is only the second attorney in the State of Nevada to be given the prestigious "Master Advocate" designation by the National Institute for Trial Advocacy, recognizing his skills as a litigator and as a teacher of trial and oral advocacy skills to other attorneys. These skills have led him to become a recognized author of books teaching other attorneys how to refine their legal practice.

Jay's judicial experience as a hearing master, discovery commissioner, settlement judge, and special master is unparalleled. From 2011 to 2021, he served as Judge Pro Tempore for the Henderson Nevada Municipal Court. Starting in 2021, Jay served as the Discovery/ADR/Short Trial Commissioner for the 8th Judicial District Court in Clark County, Nevada. He has been a Special Master for both the Business Court Division and the Civil Division of the Eighth Judicial Court. From 2016 to 2021 Jay served as a Settlement Judge for the Nevada Supreme Court, a role in which he has resumed in 2023. Jay is available exclusively through Advanced Resolution Management for arbitrations and mediations.

## PROFESSIONAL EXPERIENCE

- Arbitrator and Mediator, Advanced Resolution Management (2018-2021, 2023-Present))
- Settlement Judge, Supreme Court for the State of Nevada (2016-2021, 2023-present)
- Discovery/ADR/Short Trial Commissioner, Eighth Judicial District Court, Clark County Nevada (2021-2023)
- Member, Howard & Howard Attorneys PLLC (2014-2021)
- Judge Pro Tempore, Henderson Municipal Court (2011-2021)
- Judge Pro Tempore, Nevada Justice Court (2021)
- Arbitrator, Clark County District Court Panel (2003-present)
- Special Master to the Business Court, Clark County District Court (2013)
- National Panelist, Complex Commercial & Employment Arbitration and Mediation Panels, American Arbitration Association (2013 - present)
- Litigation Department Chair, Shareholder, Associate, Marquis Aurbach Coffing (1995-2014)
- Associate Attorney, McDonald Carano Wilson (1994-1995)
- Adjunct Professor, Constitutional Law, Community College of Southern Nevada (1995-1996)
- Judicial Extern, Honorable Robert C. Jones, 9th Circuit Appellate Panel, U.S. Bankruptcy Court, District of NV (1992)
- Congressional Caseworker, United States House of Representatives, Congressman Howard C. Nielson (retired) (1989 - 1991)



# JUDGE JAY YOUNG (RET.)         ARM

## PROFESSIONAL EXPERIENCE (CONT'D)

- Neutral, Advanced Resolution Management (2023-present)
- Judge, 8th Judicial District Court (2017-2023)
- Partner, Lewis Brisbois (2015-2017)
- In-House Counsel, Farmer's Insurance (2012-2013)
- Partner, Rawlings, Olson, Cannon/Olson, Cannon, et. al. (1994-2012)
- Managing Attorney, David Allen & Associates (1992-1994)

## SPECIALTIES

- Complex Business/Commercial
- Business & Partnership Disputes
- Business Torts
- Contract
- Construction
- Construction Defect
- Discovery Disputes
- Employment
- ·Fiduciary Duties
- Franchise
- Fraud
- Government/Municipalities
- Health Care
- Insurance
- Landlord/Tenant
- Professional Malpractice
- Personal Injury
- Personal Services Contracts
- Premises Liability
- Product Liability
- Real Estate
- Timeshare
- Trade Secrets
- Unfair Trade Practices
- Unfair Competition and Restrictive Covenants
- Wrongful Death

## PROFESSIONAL LICENSES

- State Of Nevada (19924
- U.S. District Court, District of Nevada (1994)
- U.S. Court of Appeals, 9th Circuit (1995)



# JUDGE JAY YOUNG (RET.)

**ARM**

## EDUCATION
- J.D., J. Reuben Clark Law School, Brigham Young University (1994)
- B.A., Brigham Young University (1991)

## MEMBERSHIPS & PROFESSIONAL AFFLIATIONS

- Volunteer Judge, NJA 1L Mock Trial Competition 2023
- Former Board Member, Capability Health
- Former Board Member, Easter Seals of Nevada
- Former Trustee, Toys 4 Smiles non-profit organization
- Children's Attorney Project: volunteer attorney providing counsel, advice and representation to abused and neglected children, 2012–2021, 2023–Present
- Instructor, National Institute for Trial Advocacy, 2005–Present
- Youth leader: Troop 462, Boy Scouts of America: Charter Organization head, 2006–2011. Scoutmaster 2002-2004, 2011-2013, Troop Committee, 2002-2005, Assistant Scoutmaster 2014 2016
- Girl Scouts of Frontier Council: Nominating Committee, 2002–2003
- Little League and Henderson Baseball Association Coach, 1997–2003

## HONORS & AWARDS
- Lawyer of the Year, The Best Lawyers in America, 2021 Arbitration
- Vegas Inc's Top Lawyer 2020, Labor and Employment
- Top 100 List: Mountain States Super Lawyers, in Business Litigation and ADR (2015–2020)
- The Best Lawyers in America, Arbitration (2017–2021)
- Mountain States Super Lawyers (2014–2021)
- AV Rated, Martindale-Hubbell (Litigation, Commercial Law, and Business Law), with Client Distinction Award
- America's Most Honored Lawyers, Top 1%, 2020
- America's Most Honored Professionals, Top 10% (2011, 2015–2016) Top 1% (2017–2019)

