MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
SEAN D. COONEY, ESQ.
Nevada Bar No. 12945
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
pocci@litchfieldcavo.com
cooney@litchfieldcavo.com
*Attorneys for Petitioner, Country Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COUNTRY CASUALTY INSURANCE COMPANY,<br><br>               Petitioner<br><br>vs.<br><br>VISTA EQUITY, L.P.<br><br>               Respondent | Case No.:  2:24-cv-00335-CDS-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Petitioner, COUNTRY CASUALTY INSURANCE COMPANY, by and through his counsel of record, Litchfield Cavo LLP, Respondent VISTA EQUITY, L.P., by and through its counsel of record, Wolfe & Wyman LLP, that any and all Complaints filed by Petitioner in this case, and each and every cause of action therein, shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED the case is closed.

**IT IS SO STIPULATED.**

Dated: March 23, 2026                    LITCHFIELD CAVO LLP

By: *Marisa A. Pocci*
  MARISA A. POCCI, ESQ.
  Nevada Bar No. 10720
  SEAN D. COONEY, ESQ.
  Nevada Bar No. 12945
  3993 Howard Hughes Parkway, Suite 100
  Las Vegas, Nevada 89169
  Telephone: (702) 949-3100
  Facsimile: (702) 916-1776
  pocci@litchfieldcavo.com
  cooney@litchfieldcavo.com
  *Attorneys for Petitioner, Country Casualty Insurance Company*

Dated:  March 23,  2026                    WOLFE & WYMAN, LLP

By:   */s/ David Blake*
  DAVID BLAKE, ESQ.
  Nevada Bar No. 11059
  6757 Spencer Street
  Las Vegas, NV 89119
  E: dblake @ww.law
  Attorneys for Vista Equity, L.P.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 23, 2026

2